IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv318-MHT |
| | ) | (WO) |
| UNITED STATES FEDERAL | ) | |
| GOVERNMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se, filed this lawsuit seeking to recover money that he contends was stolen from him in 1994 and 2006. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed with prejudice due to the passage of the statute of limitations. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE